IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:09CV45

| | |
|---|---|
| NGM INSURANCE COMPANY, ) ) Plaintiff, ) ) Vs. ) ) RICHARD JENKINS, ) ) Defendant and Third-Party ) Plaintiff, ) ) Vs. ) ) TOLLEY INSURANCE AGENCY, INC., ) ) Third-Party Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Magistrate Judge's Memorandum and Recommendation, filed May 21, 2009.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Magistrate Judge was designated to consider pending motions in the captioned civil action and to submit to this Court recommendations for the disposition of these motions.

On May 21, 2009, the Magistrate Judge filed a Memorandum and Recommendation in this case containing proposed findings of fact and conclusions of law in support of a recommendation regarding the motion to dismiss filed by the Third Party Defendant Tolley Insurance Agency, Inc. The parties were advised that any objections to the Magistrate Judge's findings were to be filed in writing within 10 days of service of the Recommendation; the period within which to file objections expired on June 8, 2009. No written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed findings of fact are supported by the record and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation that the motion to dismiss the third-party complaint be denied.

**IT IS, THEREFORE, ORDERED** that the motion of Third-Party Defendant Tolley Insurance Agency, Inc., to dismiss the third-party complaint herein is **DENIED**.

**IT IS FURTHER ORDERED** that the Third-Party Defendant Tolley Insurance Agency file a responsive pleading to the third-party complaint herein within 15 days from entry of this Order.

Signed: June 12, 2009

Lacy H. Thornburg
United States District Judge