# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv45

| | |
|---|---|
| NGM INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RICHARD JENKINS, )<br>)<br>Defendant. )<br>_____)<br>)<br>RICHARD JENKINS, )<br>)<br>Third-Party Plaintiff, )<br>)<br>vs. )<br>)<br>TOLLEY INSURANCE AGENCY, INC., )<br>)<br>Third-Party Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion for Leave to File Stipulated Dismissal [Doc. 22].

In the motion, which is not opposed by any party, counsel advises that this case has been settled as part of a "global" settlement involving another case in state court. The parties request a period of forty-five days

within which to file a stipulation of dismissal which will also resolve the third-party action. The Court finds, for the reasons stated, that the motion should be allowed.

**IT IS, THEREFORE, ORDERED** that on or before forty-five (45) days from entry of this Order, the parties shall file a properly executed stipulation of dismissal.

Signed: February 25, 2010

Martin Reidinger
United States District Judge