**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:09cv45**

| | | |
|---|---|---|
| **NGM INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **RICHARD JENKINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| **RICHARD JENKINS,** | ) | |
| | ) | |
| **Third-Party Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **TOLLEY INSURANCE AGENCY, INC.,** | ) | |
| | ) | |
| **Third-Party Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for

Leave to File Stipulated Dismissal [Doc. 22].

In the motion, which is not opposed by any party, counsel advises

that this case has been settled as part of a "global" settlement involving

another case in state court. The parties request a period of forty-five days

within which to file a stipulation of dismissal which will also resolve the third-party action.  The Court finds, for the reasons stated, that the motion should be allowed.

**IT IS, THEREFORE, ORDERED** that on or before forty-five (45) days from entry of this Order, the parties shall file a properly executed stipulation of dismissal.

Signed: February 25, 2010

Martin Reidinger
United States District Judge